**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT BRUCE KING,

        Plaintiff,          Case Number: 04-CV-75007-DT

v.          Honorable Anna Diggs Taylor

UAW LOCAL 600, et al.,          Magistrate Judge Mona K. Majzoub

        Defendants,
_____/

## ORDER TO STRIKE DOCUMENT and REMOVE IMAGE

Upon review the court has determined that **Defendants UAW Local 600 and Jerome Sullivan's Memorandum of Law in Reply to Plaintiff's Brief in Opposition to All Union Defendants' Motions for Summary Judgment [dkt #74], filed 12/29/2005** was filed incorrectly for the following reason: *Defendants' filed a 25 page reply brief, exceeding the permissible page limit of 5 pages.*

**THEREFORE, Defendants Reply to Plaintiff's Brief in Opposition to All Union Defendants' Motions for Summary Judgment is** stricken from the record and:

■ **the Clerk of Court is directed to remove the images from the ECF system**.*

■ **the filer is permitted to re-file within 2 days its Reply to Plaintiff's Brief in Opposition to All Union Defendants' Motions for Summary Judgment.**

DATED: January 4, 2006          s/Anna Diggs Taylor
         ANNA DIGGS TAYLOR
         UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **January 4, 2006.**

         s/Johnetta M. Curry-Williams
         Case Manager

\* **removing the images makes them unavailable for the appeal record**