UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BRUCE KING

        **Plaintiff,**                      CIVIL ACTION NO. 04-CV-75007-DT

vs.

                                             DISTRICT JUDGE ANNA DIGGS TAYLOR

JEROME SULLIVAN, et al,

                                             MAGISTRATE JUDGE MONA K. MAJZOUB

        **Defendants.**
_____/

## ORDER FOR PRODUCTION OF DEPOSITION MATERIAL

On July 14, 2006 Defendants filed a Motion to Regulate or Limit the Manner of Examination and the Conduct of Counsel (Docket # 129). The Motion was referred to the undersigned for hearing and determination pursuant to 28 USC § 636(b)(1)(A) by the Honorable Anna Diggs Taylor on July 18, 2006. Plaintiff responded on July 27, 2006. The Motion seeks to impose sanctions and limitations on the conduct of counsel during the videotaped *de bene esse* deposition of Plaintiff Robert Bruce King, which is continuing.

The Court has determined that review of Plaintiff's videotaped deposition and the transcript of Plaintiff's July 12, 2006 deposition is necessary to appropriately determine the issues presented. This Court's review of the docket reflects that Plaintiff's counsel has not

filed the original videotaped recording of Plaintiff's deposition with the Clerk of the Court.[1]

The Court therefore **ORDERS** Defendants to produce a videotaped copy of Plaintiff's July 6 and July 12, 2006 deposition and a written transcript of Plaintiff's July 12, 2006 deposition to the Court for review.

**IT IS SO ORDERED.**

### NOTICE TO PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: August 14, 2006          s/ Mona K. Majzoub
                                **MONA K. MAJZOUB**
                                **UNITED STATES MAGISTRATE JUDGE**

### Proof of Service

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.
Dated: August 14, 2006          s/ Lisa C. Bartlett
                                Courtroom Deputy

---

[1] Judge Taylor's April 20, 2006 Order specifies: "No copy of the videotape shall be made. The original of the videotape shall be filed with the Clerk of the Court, who shall release it for viewing only upon order of the Court. The original of the videotape shall not be shown by any person or to any person prior to its delivery to the Clerk of the Court." (Order dated 4/20/06, p. 2 ¶ 6).