# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ROBERT BRUCE KING,

        Plaintiff,         CIVIL ACTION NO. 04-CV-75007-DT

vs.

                          DISTRICT JUDGE ANNA DIGGS TAYLOR

UAW LOCAL 600, et al.,         MAGISTRATE JUDGE MONA K. MAJZOUB
        Defendants.
_____/

## ORDER DENYING AS MOOT DEFENDANT LEONE'S MOTION IN LIMINE

This matter comes before the Court on Defendant Leone's Motion In Limine to Permit Attorney-Conducted Voir Dire filed on November 21, 2007. (Docket no. 196). The Motion has been referred to the undersigned for decision. (Docket no. 213). The Court selected the jury in this case on December 11, 2007. This motion is therefore moot and will be denied on that basis.

**IT IS THEREFORE ORDERED** that Defendant Leone's Motion in Limine (docket no. 196) is **DENIED as moot.**

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: December 21, 2007         s/ Mona K. Majzoub
                                        MONA K. MAJZOUB
                                        UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: December 21, 2007           s/ Lisa C. Bartlett
                                                                      Courtroom Deputy